# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BRIANA WRIGHT, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>   v.<br><br>SOUTHERN NEW HAMPSHIRE UNIVERSITY,<br><br>                      Defendant. | Civil Action No. 1:20-cv-00609-LM<br><br>Hon. Landya B. McCafferty |

## PLAINTIFF'S ASSENTED TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Briana Wright ("Plaintiff") hereby moves this Court to (i) enter the proposed final judgment granting Plaintiff's Assented To Motion for Final Approval of Class Action Settlement, (ii) certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure, and (iii) appoint Bursor & Fisher, P.A. as Class Counsel and Plaintiff Briana Wright as Settlement Class Representative.  Defendant assents to the relief requested.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Assented To Motion for Final Approval of Class Action Settlement, the Declaration of Philip L. Fraietta in support of Plaintiff's Assented To Motion for Final Approval and the exhibits attached thereto, and the Declaration of Jennifer Keough of JND Legal Administration and the exhibits attached thereto.

Dated: July 1, 2021                                 Respectfully submitted,

By:    */s/ Philip L. Fraietta*
      Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
New York Bar No. 5297825
Alec M. Leslie
New York Bar No. 5520721
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
       aleslie@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
Florida Bar No. 1018272
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Class Counsel*

**DOUGLAS, LEONARD & GARVEY, P.C.**
Benjamin T. King
New Hampshire Bar No. 12888
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Email: benjamin@nhlawoffice.com

*Local Counsel for Plaintiff and the Settlement Class*