```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Briana Wright

    v.

                                            Case No. 20-cv-609-LM

Southern New Hampshire University

## JUDGMENT

In accordance with the Final Order by Chief Judge Landya B. McCafferty dated September 22, 2021, judgment is hereby entered.

                                            By the Court:

                                          /s/Tracy A. Uhrin_____
                                          Tracy A. Uhrin
                                          Chief Deputy Clerk

Date: September 23, 2021

cc: Counsel of Record